**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARK JAMES LYON, | ) | NO. CV 12-7671-ABC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN DE LA JOUR, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 9, 2013

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE